Amended
Case number:
2:22-cv-01395-GAM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

James R. Williams
_____

Natalie F. Williams
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

REC'D JUN 16

- against -

Ms. Jeanne Sorg
_____

Ms. Patricia Gramm
_____

Mr. Cooper
_____

Nationstar
_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your identification
        number and the name and address of your current place of confinement.  Do the same for any additional
        plaintiffs named.  Attach additional sheets of paper as necessary.

| Plaintiff | Name | James R. and Natalie F. Williams |
|---|---|---|
| | Street Address | 2246 Locust Dr |
| | County, City | Lansdale |
| | State & Zip Code | PA 19446 |
| | Telephone Number | (267) 824 - 7741 |

*Rev. 10/2009*

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name __Ms. Jeanne Sorg: County Recorder's Office__

Street Address __One Montgommery Plaza Swede and Airy Streets__

County, City __3rd floor Norristown__

State & Zip Code __PA 19404__

Defendant No. 2

Name __Ms. Patricia Gramm: Tax Collector__

Street Address __1432 N. Grange Ave__

County, City __Collegeville__

State & Zip Code __PA 19426__

Defendant No. 3

Name __Mr. Cooper__

Street Address __800 State Highway 121__

County, City __Lewisville__

State & Zip Code __TX 75067-4180__

Defendant No. 4

Name __Nationstar Mortgage__

Street Address __8950 Cypress Waters Blvd__

County, City __Coppell__

State & Zip Code __TX 75019-4620__

## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
   ☒ Federal Questions          ☐ Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?
   __The basis of this is the plaintiffs rights were violated under the Fair Housing__
   __Act of 1968 with the purchase of their residential property. The U.S. Constitution__
   __of 1787 Articles 1 Section 8, Article 1 Section 10, Article 1 section 4 and the 7th__
   Amendment of the United States.

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___U.S.A._____

Defendant(s) state(s) of citizenship ___U.S.A._____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? __The event occurred in Montgomery__ __County, PA with each defendant on several different occasions.__

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____
        SEE ATTACHMENT
        _____
        _____

| What happened to you? |

C.      Facts: _____
        _____

__James R. and Natalie F. Williams purchased a property at 2246 Locust__ drive Lansdale, PA 19446 and obtained a mortgage from First Union Mortgage  on March 3, 2000. The plaintiffs signed what they thought was a bilateral contract in which they were unaware that the mortgage company misrepresented the true nature of the contract. The contract was actually a unilateral investment contract and not a real estate contract. The plaintiffs did not sigh up __to participate in an investment contract having their mortgage securitized and sold on a second__ __market. The history of loans being sold and transferred follows as these;__ First Union Mortgage sold to Resource Bank, who sold to Countrywide Home Loans who sold to MERS who sold to National City Bank who sold to MBA America who sold to Lehman Brothers Bank who sold to New Alliance Bank. Over a twenty year period the plaintiffs have paid off eight lenders.

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

~~Financial and hardship injuries reflect the COVID forbearance agreement~~
~~signed on January 1, 2021.~~ _____

_____

_____

_____

_____

_____

_____

_____


**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

The plaintiffs are requesting the elimination of mortgage on the residential property.
The plaintiffs are requesting monetary damages of twenty million dollars for
misrepresentation, of the mortgage contract for all the years they were unaware that they were
involved in an investment contract instead of a real estate contract that has earned over 800
million dollars over the life of the bond that James and Natalie were added to and sold in the
secondary market without their consent. The plaintiffs are requesting an additional ten million dollars
in punitive damages for the financial stress and hardship over the period of living at the residential
property

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __14__ day of __June_____, 20 __22__.

Signature of Plaintiff _____

Mailing Address ___2246 Locust Dr_____

_____Lansdale, PA  19446_____

_____

Telephone Number ____(267) 824 - 7741_____

Fax Number *(if you have one)* _____

E-mail Address ____williamsj2362@gmail.com_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

**PENNSYLVANIA GENERAL DURABLE POWER OF ATTORNEY**

**THE POWERS YOU GRANT BELOW ARE EFFECTIVE
EVEN IF YOU BECOME DISABLED OR INCOMPETENT**

**NOTICE**

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.

THIS POWER OF ATTORNEY DOES NOT IMPOSE A DUTY ON YOUR AGENT TO EXERCISE GRANTED POWERS, BUT WHEN POWERS ARE EXERCISED, YOUR AGENT MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THIS POWER OF ATTORNEY.

YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE THROUGHOUT YOUR LIFETIME, EVEN AFTER YOU BECOME INCAPACITATED, UNLESS YOU EXPRESSLY LIMIT THE DURATION OF THESE POWERS OR YOU REVOKE THESE POWERS OR A COURT ACTING ON YOUR BEHALF TERMINATES YOUR AGENT'S AUTHORITY.

YOUR AGENT MUST KEEP YOUR FUNDS SEPARATE FROM YOUR AGENT'S FUNDS.

A COURT CAN TAKE AWAY THE POWERS OF YOUR AGENT IF IT FINDS YOUR AGENT IS NOT ACTING PROPERLY.

THE POWERS AND DUTIES OF AN AGENT UNDER A POWER OF ATTORNEY ARE EXPLAINED MORE FULLY IN 20 PA.C.S. CH. 56.

IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER OF YOUR OWN CHOOSING TO EXPLAIN IT TO YOU.

I HAVE READ OR HAD EXPLAINED TO ME THIS NOTICE AND I UNDERSTAND ITS CONTENTS.


DATE: May 3, 2022

(SIGNATURE OF PRINCIPAL)

James WMiangs
(PRINT NAME OF PRINCIPAL)


**PENNSYLVANIA GENERAL DURABLE POWER OF ATTORNEY**

**THE POWERS YOU GRANT BELOW ARE EFFECTIVE
EVEN IF YOU BECOME DISABLED OR INCOMPETENT**

NOTICE:  THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING.  THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE.  THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, James Williams of 2246 Locust Dr. Lansdale, PA 2246, appoint Orlando Antonio Acosta of 5355 Belfield

Ave Philadelphia, PA 19144 as my Agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS.

TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

INITIAL

**(A) Real property transactions.** To act on my behalf in matters pertaining to lease, sell, mortgage, purchase, exchange, and acquire, and to agree, bargain, and contract for the lease, sale, purchase, exchange, and acquisition of, and to accept, take, receive, and possess any interest in real property whatsoever, on such terms and conditions, and under such covenants, as my Agent shall deem proper for the property located at 2246 locust Dr Lansdale, PA 19446; and to maintain, repair, tear down, alter, rebuild, improve manage, insure, move, rent, lease, sell, convey, subject to liens, mortgages, and security deeds, and in any way or manner deal with all or any part of any interest in real property whatsoever, including specifically, real property lying and being situated in the Commonwealth of Pennsylvania, under such terms and conditions, and under such covenants, as my Agent shall deem proper and may for all deferred payments accept purchase money notes payable to me and secured by mortgages or deeds to secure debt, and may from time to time collect and cancel any of said notes, mortgages, security interests, or deeds to secure debt.

_____ **(B) Stock and bond transactions.** To purchase, sell, exchange, surrender, assign, redeem, vote at any meeting, or otherwise transfer any and all shares of stock, bonds, or other securities in any business, association, corporation, partnership, or other legal entity, whether private or public, now or hereafter belonging to me.

_____ **(C) Commodity and option transactions.** To buy, sell, exchange, assign, convey, settle and exercise commodities futures contracts and call and put options on stocks and stock indices traded on a regulated options exchange and collect and receipt for all proceeds of any such transactions; establish or continue option accounts for the principal with any securities or futures broker; and, in general, exercise all powers with respect to commodities and options which the principal could if present and under no disability.

_____ **(D) Banking and other financial institution transactions.** To make, receive, sign, endorse, execute, acknowledge, deliver and possess checks, drafts, bills of exchange, letters of credit, notes, stock certificates, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit of banks, savings and loans, credit unions, or other institutions or associations. To pay all sums of money, at any time or times, that may hereafter be owing by me upon any account, bill of exchange, check, draft, purchase, contract, note, or trade acceptance made, executed, endorsed, accepted, and delivered by me or for me in my name, by my Agent. To borrow from time to time such sums of money as my Agent may deem proper and execute promissory notes, security deeds or agreements, financing statements, or other security instruments in such form as the lender may request and renew said notes and security instruments from time to time in whole or in part. To have free access at any time or times to any safe deposit box or vault to which I might have access.

_____ **(E) Business operating transactions.** To conduct, engage in, and otherwise transact the affairs of any and all lawful business ventures of whatever nature or kind that I may now or hereafter be involved in. To organize or continue and conduct any business which term includes, without limitation, any farming, manufacturing, service, mining, retailing or other type of business operation in any form, whether as a proprietorship, joint venture, partnership, corporation, trust or other legal entity; operate, buy, sell, expand, contract, terminate or liquidate any business; direct, control, supervise, manage or participate in the operation of any business and engage, compensate and discharge business managers, employees, agents, attorneys, accountants and consultants; and, in general, exercise all powers with respect to business interests and operations which the principal could if present and under no disability.

_____ **(F) Insurance and annuity transactions.** To exercise or perform any act, power, duty, right, or

obligation, in regard to any contract of life, accident, health, disability, liability, or other type of insurance or any combination of insurance; and to procure new or additional contracts of insurance for me and to designate the beneficiary of same; provided, however, that my Agent cannot designate himself or herself as beneficiary of any such insurance contracts.

_____ **(G) Estate, trust, and other beneficiary transactions.** To accept, receipt for, exercise, release, reject, renounce, assign, disclaim, demand, sue for, claim and recover any legacy, bequest, devise, gift or other property interest or payment due or payable to or for the principal; assert any interest in and exercise any power over any trust, estate or property subject to fiduciary control; establish a revocable trust solely for the benefit of the principal that terminates at the death of the principal and is then distributable to the legal representative of the estate of the principal; and, in general, exercise all powers with respect to estates and trusts which the principal could exercise if present and under no disability; provided, however, that the Agent may not make or change a will and may not revoke or amend a trust revocable or amendable by the principal or require the trustee of any trust for the benefit of the principal to pay income or principal to the Agent unless specific authority to that end is given.

_____ **(H) Claims and litigation.** To commence, prosecute, discontinue, or defend all actions or other legal proceedings touching my property, real or personal, or any part thereof, or touching any matter in which I or my property, real or personal, may be in any way concerned. To defend, settle, adjust, make allowances, compound, submit to arbitration, and compromise all accounts, reckonings, claims, and demands whatsoever that now are, or hereafter shall be, pending between me and any person, firm, corporation, or other legal entity, in such manner and in all respects as my Agent shall deem proper.

_____ **(I) Personal and family maintenance.** To hire accountants, attorneys at law, consultants, clerks, physicians, nurses, agents, servants, workmen, and others and to remove them, and to appoint others in their place, and to pay and allow the persons so employed such salaries, wages, or other remunerations, as my Agent shall deem proper.

_____ **(J) Benefits from Social Security, Medicare, Medicaid, or other governmental programs, or military service.** To prepare, sign and file any claim or application for Social Security, unemployment or military service benefits; sue for, settle or abandon any claims to any benefit or assistance under any federal, state, local or foreign statute or regulation; control, deposit to any account, collect, receipt for, and take title to and hold all benefits under any Social Security, unemployment, military service or other state, federal, local or foreign statute or regulation; and, in general, exercise all powers with respect to Social Security, unemployment, military service, and governmental benefits, including but not limited to Medicare and Medicaid, which the principal could exercise if present and under no disability.

_____ **(K) Retirement plan transactions.** To contribute to, withdraw from and deposit funds in any type of retirement plan (which term includes, without limitation, any tax qualified or nonqualified pension, profit sharing, stock bonus, employee savings and other retirement plan, individual retirement account, deferred compensation plan and any other type of employee benefit plan); select and change payment options for the principal under any retirement plan; make rollover contributions from any retirement plan to other retirement plans or individual retirement accounts; exercise all investment powers available under any type of self-directed retirement plan; and, in general, exercise all powers with respect to retirement plans and retirement plan account balances which the principal could if present and under no disability.

_____ **(L) Tax matters.** To prepare, to make elections, to execute and to file all tax, social security, unemployment insurance, and informational returns required by the laws of the United States, or of any state or subdivision thereof, or of any foreign government; to prepare, to execute, and to file all other papers and instruments which the Agent shall think to be desirable or necessary for safeguarding of me against excess or illegal taxation or against penalties imposed for claimed violation of any law or other governmental regulation; and to pay, to compromise, or to contest or to apply for refunds in connection with any taxes or assessments for which I am or may be liable.

THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

THIS POWER OF ATTORNEY SHALL BE CONSTRUED AS A GENERAL DURABLE POWER OF ATTORNEY AND SHALL CONTINUE TO BE EFFECTIVE EVEN IF I BECOME DISABLED, INCAPACITATED, OR INCOMPETENT.

(YOUR AGENT WILL HAVE AUTHORITY TO EMPLOY OTHER PERSONS AS NECESSARY TO ENABLE THE AGENT TO PROPERLY EXERCISE THE POWERS GRANTED IN THIS FORM, BUT YOUR AGENT WILL HAVE TO MAKE ALL DISCRETIONARY DECISIONS. IF YOU WANT TO GIVE YOUR AGENT THE RIGHT TO DELEGATE DISCRETIONARY DECISION-MAKING POWERS TO OTHERS, YOU SHOULD KEEP THE NEXT SENTENCE, OTHERWISE IT SHOULD BE STRICKEN.)

**Successor Agent.**  If any Agent named by me shall die, become incompetent, resign or refuse to accept the office of Agent, I name the following (each to act alone and successively, in the order named) as successor(s) to such Agent:

**Choice of Law.**  THIS POWER OF ATTORNEY WILL BE GOVERNED BY THE LAWS OF THE COMMONWEALTH OF PENNSYLVANIA WITHOUT REGARD FOR CONFLICTS OF LAWS PRINCIPLES. IT WAS EXECUTED IN THE COMMONWEALTH OF PENNSYLVANIA AND IS INTENDED TO BE VALID IN ALL JURISDICTIONS OF THE UNITED STATES OF AMERICA AND ALL FOREIGN NATIONS AS IT PERTAINS TO THE PROPERTY LOCATED AT 2246 LOCUST DR IN LANSDALE, PA.

I am fully informed as to all the contents of this form and understand the full import of this grant of powers to my Agent.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party learns of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this 3rd day of May 2022

[Your Signature]

## STATEMENT OF WITNESS

On the date written above, the principal declared to me in my presence that this instrument is his general durable power of attorney and that he or she had willingly signed or directed another to sign for him or her, and that he or she executed it as his or her free and voluntary act for the purposes therein expressed.

[Signature of Witness #1]
[Printed or typed name of Witness #1]
[Address of Witness #1, Line 1]
[Address of Witness #1, Line 2]

[Signature of Witness #2]
[Printed or typed name of Witness #2]
[Address of Witness #2, Line 1]
[Address of Witness #2, Line 2]

**A Note About Selecting Witnesses:** The agent (attorney-in-fact) may not also serve as a witness. Each witness must be present at the time that principal signs the Power of Attorney in front of the notary. Each witness must be a mentally competent adult. Witnesses should ideally reside close by, so that they will be easily accessible in the event they are one day needed to affirm this document's validity.

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF _Philadelphia_

On this, the _3rd_ day of _May_, 20 _22_, before me
_Theresa Cruz_, the undersigned officer, personally appeared
_Orlando A. Acosta_,
known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the
within instrument, and acknowledged that _he_ executed
the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seals.

[Notary Seal, if any]:

Commonwealth of Pennsylvania - Notary Seal
THERESA LYDIA CRUZ, Notary Public
Philadelphia County
My Commission Expires 05/06/2025
Commission Number 1396847

_Theresa Cruz_
(Signature of Notarial Officer)

Notary Public for the Commonwealth of
Pennsylvania

My commission expires: _05-06-2025_

**ACKNOWLEDGMENT EXECUTED BY AGENT**

I, _Orlando A. Acosta_ [name of agent], have read the attached
power of attorney and am the person identified as the agent for the principal. I hereby acknowledge that in
the absence of a specific provision to the contrary in the power of attorney or in 20 Pa.C.S. when I act as
agent:

I shall exercise the powers for the benefit of the principal.

I shall keep the assets of the principal separate from my assets.

I shall exercise reasonable caution and prudence.

I shall keep a full and accurate record of all actions, receipts and disbursements on behalf of the principal.

_Orlando a alosta_
Agent's Signature

_Orlando A. Acosta_
Agent's Printed Name

_05/03/2022_
Date

**PREPARATION STATEMENT**

This document was prepared by the following individual:

_James Williams_____
[Typed or Printed Name]

[Signature]

Certified mailing address                                    mailing receipt

1.  **MBNA AMERICA DELAWARE NA**          **1Z7E38264216649719**

**1100 NORTH KING STREET**

**NEW CASTLE COUNTY, WILMINGTON**

**DELAWARE, 19884**

2.  **LEHMAN BROTHERS BANK**

3.  **AURORA LOAN SERVICES**              **1Z7E38264283315999**

**230 PARK AVENUE**

**MORRIS COUNTY, FLORHAM PARK**

**NEW JERSEY 07932**

4.  **NEW ALLIANCE BANK**                  **1Z7E38264216648952**

**195 CHURCH STREET**

**NEW HAVEN COUNTY, NEW HAVEN CT  06510**

5.  **FIRST UNION MORTGAGE**               **1Z7E3826216651233**

**424 ADAMS STREET**

**NORFOLK COUNTY, MILTON, MA 02186**

6.  RESOURCE BANK                          **1Z7E38264216650092**

844 PAOLI PARK

CHESTER COUNTY, WEST CHESTER, PA 19380

7. COUNTY WIDE HOME LOANS                          **1Z7E38264216650850**

4500 PARK GRANADA

LOS ANGELES COUNTY, CALABASAS CA 91303


8. MERS                                            **1Z7E38264283317139**

1330 WEST SOUTHERN AVE

MARICOPA COPUNTY, TEMPLE, AZ 85282


9. NATIONAL CITY BANK                              1Z7E382674283318272

305 MOUNT LEBANON BLVD

ALLEGHENY COUNTY, PITTSBURGH, PA 15234


10. MR. COPPER                                     **1Z7E38264216648578**

800 STATE HIGHWAY 121

LEWISVILLE, TX 75067-4180


PATRICIA GRAMM USPS                    7021 2720 0000 8091 7420
Tax collector

JEANNE SORG        USPS                 7021 2720 0000 8091 7413
County Recorder's Officer

Your shipment
**1Z7E38264216648578**

✓ Delivered On
**Tuesday, May 24 at 10:15 A.M. at Residential**

**Delivered To**
COPPELL, TX US

**Received By:**
PALMEX
Proof of Delivery

Get Updates ❯        View Details

# MR. COPPER

## Proof of Delivery                                                    ✕

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number** | **Weight** |
| 1Z7E38264216648578 | 2.60 LBS |
| **Service** | **Shipped / Billed On** |
| UPS Ground | 05/19/2022 |
| **Additional Information** | |
| Signature Required | |
| **Delivered On** | **Received By** |
| 05/24/2022 10:15 A.M. | PALMEX |
| **Delivered To** | **Left At** |
| COPPELL, TX, US | Residential |

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/12/2022 1:45 P.M. EST

Print this page



Your shipment
1Z7E38264216649719

⊘ Delivered On
**Friday, May 20 at 10:26 A.M. at Dock**

**Delivered To**
NEWARK, DE US

**Received By:**
bank
<u>Proof of Delivery</u>

Get Updates  ❯       <u>View Details</u>

## MBNA AMERICA DELAWARE NA

---

# Proof of Delivery                                                                   ☒

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z7E38264216649719

**Weight**
2.70 LBS

**Service**
UPS Ground

**Shipped / Billed On**
05/19/2022

**Additional Information**
Signature Required

**Delivered On**
05/20/2022 10:26 A.M.

**Received By**
bank

**Delivered To**
NEWARK, DE, US

**Left At**
Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/12/2022 12:21 P.M. EST

<u>Print this page</u>

Your shipment
1Z7E38264283315999

✓ Delivered On
Thursday, May 26 at 10:11 A.M. at Front Desk

**Returned To**
NORRISTOWN, PA US

**Received By:**
CD
Proof of Delivery

[ Get Updates ❯ ]        View Details

## AURORA LOAN SERVICES

---

# Proof of Delivery                                              [ ✕ ]

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**                          **Weight**
1Z7E38264283315999                           2.60 LBS

**Service**                                  **Shipped / Billed On**
UPS Ground                                   05/19/2022

**Additional Information**
Signature Required

**Delivered On**                             **Received By**
05/26/2022 10:11 A.M.                         CD

**Delivered To**                             **Left At**
NORRISTOWN, PA, US                           Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/12/2022 12:42 P.M. EST

Print this page

Your shipment
**1Z7E38264216648952**

✓ Delivered On
**Monday, May 23 at 9:40 A.M. at Dock**

**Delivered To**
NEW YORK, NY US

**Received By:**
BAKSH
Proof of Delivery

**Get Updates ❯**        View Details

NEW ALLIANCE BANK

---

## Proof of Delivery                                    ☒

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| **Tracking Number** | **Weight** |
|---|---|
| 1Z7E38264216648952 | 2.60 LBS |

| **Service** | **Shipped / Billed On** |
|---|---|
| UPS Ground | 05/19/2022 |

**Additional Information**

Signature Required

| **Delivered On** | **Received By** |
|---|---|
| 05/23/2022 9:40 A.M. | BAKSH |

| **Delivered To** | **Left At** |
|---|---|
| NEW YORK, NY, US | Dock |

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/12/2022 1:12 P.M. EST

Print this page

Your shipment
1Z7E38264216650850

✅ Delivered On
**Thursday, June 02 at 1:32 P.M. at Front Desk**

**Returned To**
NORRISTOWN, PA US

**Received By:**
CD
Proof of Delivery

**Get Updates  >**          View Details

## COUNTRY WIDE HOME LOANS

---

# Proof of Delivery                                          ☒

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number** | **Weight** |
| 1Z7E38264216650850 | 2.60 LBS |
| **Service** | **Shipped / Billed On** |
| UPS Ground | 05/19/2022 |
| **Additional Information** | |
| Signature Required | |
| **Delivered On** | **Received By** |
| 06/02/2022 1:32 P.M. | CD |
| **Delivered To** | **Left At** |
| NORRISTOWN, PA, US | Front Desk |

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/12/2022 1:36 P.M. EST

Print this page

**Your shipment**
1Z7E38264283317139

✓ Delivered On
Tuesday, June 07 at 2:41 P.M. at Front Desk

**Returned To**
NORRISTOWN, PA US

**Received By:**
EVERRETT
Proof of Delivery

Get Updates  >          View Details

MERS

# Proof of Delivery                                              ☒

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**                          **Weight**
1Z7E38264283317139                           2.60 LBS

**Service**                                  **Shipped / Billed On**
UPS Ground                                   05/19/2022

**Additional Information**
Signature Required

**Delivered On**                             **Received By**
06/07/2022 2:41 P.M.                         EVERRETT

**Delivered To**                             **Left At**
NORRISTOWN, PA, US                           Front Desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/12/2022 1:40 P.M. EST

Print this page

# Shipment Receipt:  Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

**SHIP DATE:**
THUR 19 MAY 2022

**EXPECTED DELIVERY DATE:**
TUES 24 MAY 2022 EOD
**SHIP FROM:**
NATALIE WILLIAMS
2246 LOCUST DR
LANSDALE  PA 19446
(267) 824-7741

**SHIP TO:**
MR COOPER
800 STATE HWY 121
LEWISVILLE TX 75067-4180
BUSINESS

**SHIPPED THROUGH:**
THE UPS STORE #5325
NORRISTOWN,PA 19401-1512
(610) 313-1889

**SHIPMENT INFORMATION:**
UPS GROUND COMMERCIAL
2 lb 9.6 oz actual wt
3.000 lb billable wt
DIMS: 15.00X10.00X2.00 IN
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z7E3826421G648578
SHIPMENT ID: NNCPFPTT3S8HF
SHIP REF 1: - -
SHIP REF 2: - -

**DESCRIPTION OF GOODS:**
PAPERS

**SHIPMENT CHARGES:**
GROUND COMMERCIAL      14.18
SERVICE OPTIONS         5.98
CNS PROCESSING FEE      0.22

TOTAL                  $20.38

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM  (SELECT TRACKING, ENTER SHIPMENT ID #)  SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

SHIPMENTID: NNCPFPTT3S8HF        The UPS Store®

Powered by iShip®
05/19/2022 05:25 PM Pacific Time F

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If requested from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.    (800) R0322



## UNITED STATES POSTAL SERVICE.

WORCESTER
1741 VALLEY FORGE RD
WORCESTER, PA 19490-9998
(800)275-8777

05/11/2022                                  01:41 PM
--------------------------------------------
Product                    Qty    Unit      Price
                                   Price
--------------------------------------------
First-Class Mail®           1                $1.16
Large Envelope
    Norristown, PA 19401
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
        Fri 05/13/2022
    Certified Mail®                          $3.75
        Tracking #:
        70212720000080917413
Total                                        $4.91

First-Class Mail®           1                $1.16
Large Envelope
    Collegeville, PA 19426
    Weight: 0 lb 0.80 oz
    Estimated Delivery Date
        Fri 05/13/2022
    Certified Mail®                          $3.75
        Tracking #:
        70212720000080917420
Total                                        $4.91

Grand Total                                  $9.82

Debit Card Remitted                          $9.82
    Card Name: VISA
    Account #: XXXXXXXXXXXX8757
    Approval #: 146130
    Transaction #: 084
    Receipt #: 005948
    Debit Card Purchase: $9.82
    AID: A0000000980840
    AL: US DEBIT
    PIN: Verified
--------------------------------------------

## Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 19 MAY 2022

EXPECTED DELIVERY DATE:
FRI 20 MAY 2022 EOD
SHIP FROM:
NATALIE WILLIAMS
2246 LOCUST DR
LANSDALE  PA 19446
(267) 824-7741

SHIP TO:
LEHMAN BROTHERS BANK
277 PARK AVE
FL 46
NEW YORK NY 10172-2900
BUSINESS

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
2 lb 9.4 oz actual wt
3.000 lb billable wt
DIMS: 15.00X12.00X2.00 IN
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z7E38264216648952
SHIPMENT ID: MHCPFPTH0FDP3
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
PAPERS

SHIPMENT CHARGES:
GROUND COMMERCIAL     11.70
SERVICE OPTIONS        5.90
CMS PROCESSING FEE     0.22

SHIPPED THROUGH:
THE UPS STORE #5325
MORRISTOWN,PA 19401-1512
(610) 313-1889

TOTAL     $17.82

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

SHIPMENTID: MHCPFPTH0FDP3
Powered by iShip®
05/19/2022 05:28 PM Pacific Time F          The UPS Store®

## Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 19 MAY 2022

EXPECTED DELIVERY DATE:
FRI 20 MAY 2022 EOD
SHIP FROM:
NATALIE WILLIAMS
2246 LOCUST DR
LANSDALE  PA 19446
(267) 824-7741

SHIP TO:
AURORA LOAN SERVICES
230 PARK AVE
MORRIS COUNTY
FLORHAM PARK NJ 07932-1012
BUSINESS

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
2 lb 9.4 oz actual wt
3.000 lb billable wt
DIMS: 15.00X10.00X2.00 IN
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z7E38264283315999
SHIPMENT ID: MHCPFPT9HNYMQ
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
PAPERS

SHIPMENT CHARGES:
GROUND COMMERCIAL     11.70
SERVICE OPTIONS        5.90
CMS PROCESSING FEE     0.22

SHIPPED THROUGH:
THE UPS STORE #5325
MORRISTOWN,PA 19401-1512
(610) 313-1889

TOTAL     $17.82

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

SHIPMENTID: MHCPFPT9HNYMQ
Powered by iShip®
05/19/2022 05:31 PM Pacific Time F          The UPS Store®

SEE NOTICE ON REVERSE regarding UPS items, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited. IXO R 0322

## Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 19 MAY 2022

EXPECTED DELIVERY DATE:
FRI 20 MAY 2022 EOD
SHIP FROM:
NATALIE WILLIAMS
2246 LOCUST DR
LANSDALE  PA 19446
(267) 824-7741

SHIP TO:
RESOURCE BANK
844 PAOLI PIKE
CHESTER COUNTY
WEST CHESTER PA 19380-4553
BUSINESS

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
2 lb 11.4 oz actual wt
3.000 lb billable wt
DIMS: 15.00X12.00X2.00 IN
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z7E38264216650092
SHIPMENT ID: MHCPFPT232NYQ
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
PAPERS

SHIPMENT CHARGES:
GROUND COMMERCIAL     11.70
SERVICE OPTIONS        5.90
CMS PROCESSING FEE     0.22

SHIPPED THROUGH:
THE UPS STORE #5325
MORRISTOWN,PA 19401-1512
(610) 313-1889

TOTAL     $17.82

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

## Shipment Receipt: Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 19 MAY 2022

EXPECTED DELIVERY DATE:
MON 23 MAY 2022 EOD
SHIP FROM:
NATALIE WILLIAMS
2246 LOCUST DR
LANSDALE  PA 19446
(267) 824-7741

SHIP TO:
FIRST UNION MORTGAGE
424 ADAMS ST
MILTON MA 02186-4358
BUSINESS

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
2 lb 9.3 oz actual wt
3.000 lb billable wt
DIMS: 15.00X12.00X2.00 IN
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z7E38264216651233
SHIPMENT ID: MHCPFPTH29TDA
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
PAPERS

SHIPMENT CHARGES:
GROUND COMMERCIAL     12.50
SERVICE OPTIONS        5.90
CMS PROCESSING FEE     0.22

SHIPPED THROUGH:
THE UPS STORE #5325
MORRISTOWN,PA 19401-1512
(610) 313-1889

TOTAL     $18.62

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

## Shipment Receipt:   Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 19 MAY 2022

EXPECTED DELIVERY DATE:
FRI 20 MAY 2022 EOD
SHIP FROM:
NATALIE WILLIAMS
2246 LOCUST DR
LANSDALE  PA 19446
(267) 824-7741

SHIP TO:
NATIONAL CITY BANK
365 MT LEBANON BLVD
PITTSBURGH PA 15234-1504
BUSINESS

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
2 lb 9.8 oz actual wt
3.000 lb billable wt
DIMS: 12.00X12.00X2.00 IN
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z7E38264283318272
SHIPMENT ID: MNCPFPTGPM3ES
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
PAPER

SHIPMENT CHARGES:
GROUND COMMERCIAL            12.50
SERVICE OPTIONS               5.90
CMS PROCESSING FEE            0.22

SHIPPED THROUGH:
THE UPS STORE #5325
NORRISTOWN,PA 19401-1512
(610) 313-1889

TOTAL            $18.62

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)  SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

SHIPMENTID: MNCPFPTGPM3ES
Powered by iShip(r)
05/19/2022 05:43 PM  Pacific Time F
The UPS Store®

---

## Shipment Receipt:   Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 19 MAY 2022

EXPECTED DELIVERY DATE:
TUES 24 MAY 2022 EOD
SHIP FROM:
NATALIE WILLIAMS
2246 LOCUST DR
LANSDALE  PA 19446
(267) 824-7741

SHIP TO:
MERS
1330 W SOUTHERN AVE
MARICOPA COUNTHY
TEMPE AZ 85282-4545
BUSINESS

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
2 lb 9.6 oz actual wt
3.000 lb billable wt
DIMS: 15.00X12.00X2.00 IN
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z7E38264283317139
SHIPMENT ID: MNCPFPTGW1358
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
PAPERS

SHIPMENT CHARGES:
GROUND COMMERCIAL            19.50
SERVICE OPTIONS               5.90
CMS PROCESSING FEE            0.22

SHIPPED THROUGH:
THE UPS STORE #5325
NORRISTOWN,PA 19401-1512
(610) 313-1889

TOTAL            $25.62

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)  SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

SHIPMENTID: MNCPFPTGW1358
Powered by iShip(r)
05/19/2022 05:36 PM  Pacific Time F
The UPS Store®

SEE NOTICE ON REVERSE regarding UPS terms and notice of limitation of liability. Where allowed by law shipper authorizes customs purposes. If exported from the US.

---

## Shipment Receipt:   Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 19 MAY 2022

EXPECTED DELIVERY DATE:
FRI 20 MAY 2022 EOD
SHIP FROM:
NATALIE WILLIAMS
2246 LOCUST DR
LANSDALE  PA 19446
(267) 824-7741

SHIP TO:
MBNA AMERICA DELAWARE NA
1100 N KING ST
NEW CASTLE COUNTY
WILMINGTON DE 19884-0811
BUSINESS

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
2 lb 9.8 oz actual wt
3.000 lb billable wt
DIMS: 15.00X12.00X3.00 IN
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z7E38264216649719
SHIPMENT ID: MNCPFPTE3HBUA
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
PAPERS

SHIPMENT CHARGES:
GROUND COMMERCIAL            11.70
SERVICE OPTIONS               5.90
CMS PROCESSING FEE            0.22

SHIPPED THROUGH:
THE UPS STORE #5325
NORRISTOWN,PA 19401-1512
(610) 313-1889

TOTAL            $17.82

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)  SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

---

## Shipment Receipt:   Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 19 MAY 2022

EXPECTED DELIVERY DATE:
WED 25 MAY 2022 EOD
SHIP FROM:
NATALIE WILLIAMS
2246 LOCUST DR
LANSDALE  PA 19446
(267) 824-7741

SHIP TO:
COUNTRY WIDE HOME LOANS
4500 PARK GRANADA
CALABASAS CA 91302-1613
BUSINESS

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
2 lb 8.7 oz actual wt
3.000 lb billable wt
DIMS: 15.00X10.00X2.00 IN
SIG REQ (W/DELV CONFIRM)

TRACKING NUMBER: 1Z7E38264216650850
SHIPMENT ID: MNCPFPTK2N8C9
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
PAPER

SHIPMENT CHARGES:
GROUND COMMERCIAL            19.50
SERVICE OPTIONS               5.90
CMS PROCESSING FEE            0.22

SHIPPED THROUGH:
THE UPS STORE #5325
NORRISTOWN,PA 19401-1512
(610) 313-1889

TOTAL            $25.62

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)  SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.



LANSDALE - (215) 393-8160
06/15/2022 1:52 PM

VPVTA95UXY33YRBWR

SALE        6145-20-8461-1111-22.5.2
163061  SS B&W LtrPrin
23 @ 0.15          3.45
      **You Pay**        **3.45S**
    Subtotal:      3.45
  Sales and Use Tax  0.21
      Total:      3.66
    Visa 8757:      3.66

AUTH CODE 069930
TDS Chip Read
AID A0000000980840  US DEBIT
CVS No Signature Required

JAMES WILLIAMS 58*****731
Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
claim your rewards and view your
status.

Shop online at www.officedepot.com
*****************************************
**WE WANT TO HEAR FROM YOU!**
**Visit survey.officedepot.com**
and enter the survey code below:
      **A69K ANXG 24D3**
*****************************************
*****************************************
## $10 off $30|1C
## Qualifying|1C
## Reg Price Purchase|1C
## Use Today!|1C

**$10 Off $30 on Qualifying Office Supplies,**
Cleaning and Breakroom Supplies. Valid
only at officedepot.com, by phone or fax
or in store. Minimum purchase required
after discounts and before tax. Must
present this original coupon (
reproductions not valid) to cashier in
store at time of purchase. Use the coupon
code for phone or fax orders or enter the
coupon code to cart online at checkout.
Cannot be used as an account payment. Not
combinable with Store Purchasing or
Procurement Cards; Rewards Member or
Business Select Member pricing; or other
sales, offers, and promotions. Excludes: 1
) Purchases made in Office Depot or
OfficeMax clearance/closing stores; 2)
Print Services; 3) gift&prepaid cards; 4)
technology&consumer electronic products&
accessories,&software products; 5)
**furniture&seating; 6) performance**
protection plans; 7) postage&mailing/
shipping services; 8) ink&toner; 9)
electronic labelers&labeling accessories;
10) appliances; 11) simplehuman products;
12) Charmin&Bounty item #s 723927, 7801709
, 7635137, 7187313, 7226070&8467436; 13)
subscription services; 14) services:
**off-site shredding, tech, furniture,**
marketing, administrative,&third party
services; 15) Marketplace items sold and
shipped by third parties; 16) items by the
pallet;&17) premiums/free gifts with
purchase. Coupon is good for one-time use
only, is not transferable, and is not for
resale or auction. No cash back. Void
where prohibited. We reserve the right to
limit quantities sold to each customer.
Limit 1 coupon per household/business.
 Coupon # 21239480
 **Coupon Expires 06/18/2022**

*****************************************
## Get 30% back|1C
## in bonus rewards|1C
## on ALL ink&toner|1C

30% back in Bonus Rewards on all Ink&Toner
Valid only at officedepot.com or in store
from 5/15/2022 to 9/24/2022 or while
supplies last, whichever occurs first.
Must present this coupon (reproductions
not valid) and Office Depot OfficeMax
Rewards Member # to cashier in store at
the time of purchase. Enter coupon code to
cart online at checkout. VIP Members will
receive 30% bonus rewards only. Cannot be
combined with: 1) VIP Member 5% program
benefit; 2) other Bonus Rewards offers on
the same or similarproducts and services;
or 3) Store Purchasing or Store Discount
Cards. No cash back. Void where prohibited
. **Rewards are limited to $150 per member**
per week. Coupon expires 9/24/2022 11:59
PM ET.
**Coupon Code: 18206980.**

Satisfaction Guarantee: If you are not satisfied with your purchase, you can return it within 30 days, or 14 days for furniture and technology items, with all original packaging and the receipt, packing slip or email confirmation for a refund, exchange, or credit. Special orders are not returnable. Other restrictions apply. Call 1-800-GO-DEPOT (800-463-3768) or visit www.officedepot.com for more details.