**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES R. WILLIAMS, et al.** : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-1395** |
| : | |
| **MS. JEANNE SORG, ET AL** : | |

## **ORDER**

This 20th day of January, 2023, having reviewed Plaintiffs' submission of **October 11, 2022**, ECF 8, which shows mailings to the Department of Justice and Pennsylvania Attorney General, but no service on any party to this case, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice for failure to make service upon the Defendants within 90 days.

  /s/ Gerald Austin McHugh
United States District Judge